PHILLIP A. TALBERT
Acting United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8937
    Facsimile: 415-744-0134
    E-Mail: Elizabeth.firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN BLANKENSHIP, | ) | No. 2:16-cv-01024-AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR VOLUNTARY** |
| | ) | **REMAND PURSUANT TO SENTENCE** |
| v. | ) | **FOUR OF 42 U.S.C. § 405(g) AND FOR** |
| | ) | **ENTRY OF JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED, by and between Kevin Blankenship (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative

Stipulation for Voluntary Remand, No. 2:16-cv-01024-AC

1 action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section
2 405(g), sentence four.
3      On remand, the Commissioner will conduct any necessary further proceedings and issue
4 a new decision with evidentiary support for the findings.  If the ALJ finds the claimant is entitled
5 to a period of disability, the onset date must be supported by the evidence and it must be clear in
6 the decision why the evidence warrants different disability conclusions for different periods of
7 time.
8      The parties further request that the Clerk of the Court be directed to enter a final
9 judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the
10 Commissioner.

DATE:  October 21, 2016                                  Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                /s/ *Elizabeth Firer*
                                                ELIZABETH FIRER
                                                Special Assistant United States Attorney

DATE:  October 21, 2016                                  Respectfully submitted,

                                                s/ *Kelsey Mackenzie Brown*
                                                KELSEY MACKENZIE BROWN
                                                Attorney for Plaintiff
                                                (per email authorization)

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 24, 2016                                  _____
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE